SUPREME COURT OF ARIZONA

JAIME A. MOLERA, an individual ) Arizona Supreme Court
and qualified elector; ARIZONANS ) No. CV-20-0213-AP/EL
FOR GREAT SCHOOLS AND A STRONG )
ECONOMY, a political action ) Maricopa County
committee, ) Superior Court
) No. CV2020-007964
       Plaintiffs/Appellees, )
)
           v. )
)
KATIE HOBBS, in her official ) **FILED 08/19/2020**
capacity as Arizona Secretary of )
State; INVEST IN EDUCATION )
(SPONSORED BY AEA AND STAND FOR )
CHILDREN), a political action )
committee, )
)
      Defendants/Appellants. )
)
_____ )

**O R D E R**

The Court en banc has considered the briefs and authorities in this expedited election appeal concerning the "Invest in Education Act" ballot initiative, I-31-2020. The trial court enjoined the ballot measure finding that the 100-word description did not accurately describe the proposition under A.R.S. § 19-102(A). Upon consideration, the Court unanimously finds that the 100-word description did not create a significant danger of confusion or unfairness and reverses the trial court ruling.

The Court also unanimously finds that evidence of the compensation structure and incentives presented at trial did not warrant the invalidation of the circulators' petitions under A.R.S. § 19-118.01 and affirms the trial court ruling rejecting this challenge. Therefore,

**IT IS ORDERED** reversing in part and affirming in part. The Secretary of State will proceed under Title 19, Arizona Revised Statutes, to include the Invest in Education ballot initiative in the general election publicity pamphlet and to place it on the general election ballot.

A written opinion will follow.

DATED this 19th day of August, 2020.

_____/s/_____
ROBERT BRUTINEL
Chief Justice

TO:

Dominic Emil Draye
Brett William Johnson
Eric H Spencer
Colin P Ahler
Kara Karlson
Dustin D Romney
Roopali H Desai
D Andrew Gaona
Marvin C Ruth
Kristen M Yost
Hon. Christopher A Coury
Hon. Jeff Fine
J Grant Woods
Michael E Riikola
Rhonda L Barnes
Jane Ahern
Lisette Flores
Oscar S Lizardi
Rebecca K O'Brien
Erin Adele Scharff
Roy Herrera
Daniel A Arellano
Jillian Andrews
Shawn K Aiken
Paul F Eckstein
Daniel C Barr
Austin Yost
Margo R. Casselman
Daniel J Adelman
Timothy Sandefur
Christina Sandefur
Mary R O'Grady
Joshua David Rothenberg Bendor
Emma Cone-Roddy
Lisa T Hauser
Kory A Langhofer
Kraig J Marton
Jeffrey A Silence
Patricia E Ronan
Christopher Houk